# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 24-mj-00757-KSC |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Howard Freelove | Booking No. 13164506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  2/26/24
the Court entered the following order:

- [x] Defendant be released from custody.
- [ ] Defendant placed on supervised / unsupervised probation / supervised release.
- [ ] Defendant continued on supervised / unsupervised probation / supervised release.
- [x] Defendant released on  $5,000PS (own signature)  Bond posted.
- [ ] Defendant appeared in Court.  FINGERPRINT & RELEASE.
- [ ] Defendant remanded and (_____ bond) (_____ bond on appeal) exonerated.
- [ ] Defendant sentenced to TIME SERVED, supervised release for _____ years.
- [ ] Bench Warrant Recalled.
- [ ] Defendant forfeited collateral.
- [ ] Case dismissed.
- [ ] Case dismissed, charges pending in case no.
- [ ] Defendant to be release to Pretrial Services for electronic monitoring.
- [x] Other.  Bond packet due 3/4/2024.

KAREN S. CRAWFORD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by   Erica Fry   x. 2923

Crim-9 (Rev. 09/23)
Original

## Read: 24mj757 Howard Freelove abstract

CAS Releases
Mon 2/26/2024 2:44 PM
To:Erica Fry

1 attachments (72 KB)
Read: 24mj757 Howard Freelove abstract;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.