**NATHAN M. FENEIS**
California State Bar No. 258491
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Nathan_Feneis@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>Howard Freelove,<br><br>　　　　　　　Defendant. | CASE NO.:　3:24-mj-00757-KSC-1<br><br>**NOTICE OF APPEARANCE AS LEAD COUNSEL** |

　　　Pursuant to the CM/ECF procedures in the United States District Court for the Southern District of California, Nathan Feneis, Federal Defenders of San Diego, Inc., hereby gives notice that he is lead counsel in the above-captioned case.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated:　February 27, 2024　　　　　*/s/ Nathan M. Feneis*
　　　　　　　　　　　　　　　　　　Federal Defendants of San Diego, Inc.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　Email:　Nathan_Feneis@fd.org